IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| WILSON JOSEPH ORPHEY ) | |
| ) | CIVIL ACTION NUMBER |
| VS. ) | |
| ) | M-18-274 |
| LORIE DAVIS ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner Wilson Joseph Orphey's cause of action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry Number 6 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

DONE on this 15th day of September, 2019, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE